UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

UNITED STATES OF AMERICA,                    Criminal No. 07-431(1)  PJS/AJB

    Plaintiff,

v.                                                                                       **ORDER**

STEPHEN C. CROWN,

    Defendant.

Kimberly A. Svendsen, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Charles L. Hawkins, Esq., and Howard I. Bass, Esq., for defendant Stephen C. Crown.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 1, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1.  Defendant Steven Crown's Motion for Severance of Defendants is **denied** [Docket No. 105];

    2.  Defendant Steven Crown's Motion to Suppress Statements is **denied**  [Docket No. 106]; and

    3.  Defendant Steven Crown's Motion to Suppress Evidence Obtained through Illegal Search is **denied**  [Docket No. 107].

Dated:  5/5/08

                                                  s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  United States District Judge